B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>Central District of California | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**World Blackbelt, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>N/A | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>76-0640747 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>18663 Ventura Blvd. Suite 210<br>Tarzana, CA<br>ZIP CODE 91356 | Street Address of Joint Debtor (No. and Street, City, and State):<br>N/A<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>(same as above)<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>N/A<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>N/A<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

FILED NOV 18 2010 CLERK U.S. BANKRUPTCY COURT BY _____ Deputy Clerk

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (4/10) Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** World Blackbelt, Inc. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: San Fernando Valley | Case Number: 1:10-bk-10148-GM | Date Filed: 01/06/2010 |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: N/A | Case Number: N/A | Date Filed: |
|---|---|---|
| District: Central District of California | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____N/A_____
Signature of Attorney for Debtor(s)    (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **World Blackbelt, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  *Bruce M. Greenfield*
Signature of Attorney for Debtor(s)

**Bruce M. Greenfield**
Printed Name of Attorney for Debtor(s)

**Attorney at Law**
Firm Name

**520 S. Sepulveda Blvd.**
**Suite 404**
**Bel Air, CA 90049**

Address

**(310) 471-5115   SBN 80122**
Telephone Number

**November 18, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  *Robert Wall*
Signature of Authorized Individual

**World Blackbelt, Inc. - by Bob Wall - President**
Printed Name of Authorized Individual

**President/CEO**
Title of Authorized Individual

**November 18, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **1:10-bk-10148-GM  filed 1/6/10**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **1:10-bk-10148-GM  filed 1/6/10**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____Tarzana, CA_____ , California.

Dated  **November 18, 2010**

_(signature)_
**World Blackbelt, Inc. - by Bob Wall - President**
*Debtor*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of Califonia.

Revised May 2004                                                                                                              F 1015-2.1

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re   **World Blackbelt, Inc.**                                        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| People's Cartage<br>P.O. Box 20109<br>Canton, OH 44701 | People's Cartage<br>P.O. Box 20109<br>Canton, OH 44701 | | | 9,268.00 |
| Professional Marketing Services<br>P.O. Box 2469<br>Van Nuys, CA 91404 | Professional Marketing Services<br>P.O. Box 2469<br>Van Nuys, CA 91404 | | | 62,648.00 |
| Stern, Kory, Sreden & Morgan<br>24961 The Old Road - 2nd floor<br>Stevenson Ranch, CA 91381 | Stern, Kory, Sreden & Morgan<br>24961 The Old Road - 2nd floor<br>Stevenson Ranch, CA 91381 | | | 121,272.00 |
| Stetina, Brunda, Garred & Brucker<br>75 Enterprise - 5250<br>Aliso Viejo, CA 92656 | Stetina, Brunda, Garred & Brucker<br>75 Enterprise - 5250<br>Aliso Viejo, CA 92656 | | | 11,260.00 |
| Twinlab Corporation<br>2314 Momentum Place<br>Chicago, IL 60689 | Twinlab Corporation<br>2314 Momentum Place<br>Chicago, IL 60689 | | | 22,000.00 |
| Wall Street Properties<br>18663 Ventura Blvd.<br>Suite 210<br>Tarzana, CA 91356 | Wall Street Properties<br>18663 Ventura Blvd.<br>Suite 210<br>Tarzana, CA 91356 | | | 73,800.00 |
| Washington Mutual<br>P.O. Box 78065<br>Phoenix, AZ 85062 | Washington Mutual<br>P.O. Box 78065<br>Phoenix, AZ 85062 | | | 48,764.00 |
| Wells Family Trust<br>18663 Ventura Blvd.<br>Suite 210<br>Tarzana, CA 91356 | Wells Family Trust<br>18663 Ventura Blvd.<br>Suite 210<br>Tarzana, CA 91356 | | | 237,918.00 |
| Wells Fargo<br>P.O. Box 5439<br>Los Angeles, CA 90054 | Wells Fargo<br>P.O. Box 5439<br>Los Angeles, CA 90054 | | | 49,938.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November 18, 2010**                Signature   _Bob Wall_
                                                        **Bob Wall**
                                                        **President/CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  World Blackbelt, Inc.                                                            Case No. _____
                                       Debtor(s)                                         Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285 | Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285 | | | 50,016.00 |
| California Franchise Tax Board<br>P.O. Box 942257<br>Sacramento, CA 94257 | California Franchise Tax Board<br>P.O. Box 942257<br>Sacramento, CA 94257 | | | 4,987.00 |
| Century Martial Arts Supply, Inc.<br>1705 National Blvd.<br>Oklahoma City, OK 73110 | Century Martial Arts Supply, Inc.<br>1705 National Blvd.<br>Oklahoma City, OK 73110 | | | 328,505.00 |
| Greenberg & Glusker<br>1900 Avenue of the Stars<br>Los Angeles, CA 90067 | Greenberg & Glusker<br>1900 Avenue of the Stars<br>Los Angeles, CA 90067 | | | 13,820.00 |
| Jeffrey Curran, PLLC<br>204 N. Robinson S. 1000<br>Oklahoma City, OK 73102 | Jeffrey Curran, PLLC<br>204 N. Robinson S. 1000<br>Oklahoma City, OK 73102 | | | 19,796.00 |
| Konica Minolta USA, Inc.<br>Dept. 22988<br>Pasadena, CA 91185 | Konica Minolta USA, Inc.<br>Dept. 22988<br>Pasadena, CA 91185 | | | 2,598.00 |
| Mr. Bill Nicholson<br>P.O. Box 2728<br>Morgan City, LA 70381 | Mr. Bill Nicholson<br>P.O. Box 2728<br>Morgan City, LA 70381 | | | 35,000.00 |
| Mr. Jimmy Anderson<br>2840 Hyannis<br>Sacramento, CA 95827 | Mr. Jimmy Anderson<br>2840 Hyannis<br>Sacramento, CA 95827 | | | 150,000.00 |
| Ms. Anne Singer<br>28030 Dorothy Drive<br>Suite 301<br>Agoura Hills, CA 91301 | Ms. Anne Singer<br>28030 Dorothy Drive<br>Suite 301<br>Agoura Hills, CA 91301 | | | 13,500.00 |
| Office Depot<br>P.O. Box 689020<br>Des Moines, IA 50368 | Office Depot<br>P.O. Box 689020<br>Des Moines, IA 50368 | | | 4,957.00 |
| Patton Boggs<br>2556 M. Street NW<br>Oklahoma City, OK 73037 | Patton Boggs<br>2556 M. Street NW<br>Oklahoma City, OK 73037 | | | 37,095.00 |

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        Bruce M. Greenfield

Address     520 S. Sepulveda Blvd. Suite 404 Bel Air, CA 90049

Telephone   (310) 471-5115

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**World Blackbelt, Inc.** | Case No.: |
| | Chapter:  11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __3__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  November 18, 2010

_Bob Wall_
Bob Wall/President/CEO
Signer/Title

Date:  November 18, 2010

_Bruce M Greenfield_
Signature of Attorney
Bruce M. Greenfield
Attorney at Law
520 S. Sepulveda Blvd.
Suite 404
Bel Air, CA 90049
(310) 471-5115

World Blackbelt, Inc.
18663 Ventura Blvd.
Suite 210
Tarzana, CA 91356


Bruce M. Greenfield
Attorney at Law
520 S. Sepulveda Blvd.
Suite 404
Bel Air, CA 90049


Bank of America
P.O. Box 851001
Dallas, TX 75285


California Franchise Tax Board
P.O. Box 942257
Sacramento, CA 94257


Century Martial Arts Supply, Inc.
1705 National Blvd.
Oklahoma City, OK 73110


Greenberg & Glusker
1900 Avenue of the Stars
Los Angeles, CA 90067


Internal Revenue Service
Special Procedures Dept.
300 N. Los Angeles Street
Room 5115
Los Angeles, CA 90012


Jeffrey Curran, PLLC
204 N. Robinson S. 1000
Oklahoma City, OK 73102

Konica Minolta USA, Inc.
Dept. 22988
Pasadena, CA 91185


Mr. Bill Nicholson
P.O. Box 2728
Morgan City, LA 70381


Mr. Jimmy Anderson
2840 Hyannis
Sacramento, CA 95827


Ms. Anne Singer
28030 Dorothy Drive
Suite 301
Agoura Hills, CA 91301


Office Depot
P.O. Box 689020
Des Moines, IA 50368


Patton Boggs
2556 M. Street NW
Oklahoma City, OK 73037


People's Cartage
P.O. Box 20109
Canton, OH 44701


Professional Marketing Services
P.O. Box 2469
Van Nuys, CA 91404

Stern, Kory, Sreden & Morgan
24961 The Old Road - 2nd floor
Stevenson Ranch, CA 91381


Stetina, Brunda, Garred & Brucker
75 Enterprise - 5250
Aliso Viejo, CA 92656


Twinlab Corporation
2314 Momentum Place
Chicago, IL 60689


Wall Street Properties
18663 Ventura Blvd.
Suite 210
Tarzana, CA 91356


Washington Mutual
P.O. Box 78065
Phoenix, AZ 85062


Wells Family Trust
18663 Ventura Blvd.
Suite 210
Tarzana, CA 91356


Wells Fargo
P.O. Box 5439
Los Angeles, CA 90054